IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

| | |
|---|---|
| SHARRON BESSENT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 04-2522-BV |
| | ) |
| DYERSBURG STATE COMMUNITY | ) |
| COLLEGE, and DR. KAREN BOWYER, | ) |
| Individually and in her official capacity | ) |
| as President of Dyersburg State | ) |
| Community College, | ) |
| | ) |
| Defendants. | ) |

## ORDER
## GRANTING EXTENSION OF DEADLINES

The parties' Joint Motion to Extend Discovery and Dispositive Motion Deadlines is found to be well taken, and is GRANTED.

It is, thus, ORDERED that the parties shall have until **May 27, 2005** to complete discovery, and until **June 24, 2005** to file dispositive motions.

ENTERED this the 17th day of May, 2005.

*Diane K. Vescovo*

APPROVED FOR ENTRY:

**PAUL G. SUMMERS**
**ATTORNEY GENERAL AND REPORTER**

*Katherine Schulz* (signature)

**Katherine K. Schulz** (#22274)
Assistant Attorney General
Civil Litigation and State Services Division
Post Office Box 20207
Cordell Hull Building, 2d Floor
Nashville, Tennessee 37202-0207
Telephone: (615) 741-5031
Facsimile: (615) 741-7327
E-mail: Katherine.Schulz@state.tn.us

Counsel for Defendants


*Arthur Knight (w/ permission)* (signature)

**Arthur F. Knight, III** (#16178)
Becker, Fleishman, Brown & Knight, P.C.
P.O. Box 1710
Knoxville, TN 37901-1710
Telephone: (865) 522-5057

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the forgoing has been served by way of U.S. mail on the following:

**Mr. Arthur F. Knight, III**
Becker, Fleishman, Brown & Knight, P.C.
P.O. Box 1710
Knoxville, TN 37901-1710

This the _16th_ day of May, 2005.

Katherine K. Schulz (#22274)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:04-CV-02522 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Arthur F. Knight
BECKER FLEISHMAN BROWN & KNIGHT P.C.
P.O. Box 1710
Knoxville, TN 37901--171

Katherine K. Schulz
ATTORNEY GENERAL AND REPORTER (NashvilleCv)
426 Fifth Avenue North
2nd Floor
Nashville, TN 37243

Honorable J. Breen
US DISTRICT COURT