FILED BY [illegible] D.C.
05 JUL 20 PM 12: 27
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SHARRON BESSENT,

Plaintiff,

vs.

No. 04-2522-B/V

DYERSBURG STATE COMMUNITY COLLEGE, and DR. KAREN BOWYER, Individually and in her official capacity as President of Dyersburg State Community College,

Defendants.

ORDER OF REFERENCE

The above action is hereby referred to the Honorable Diane K. Vescovo, U.S. Magistrate Judge, for the purpose of conducting a scheduling conference.

**IT IS SO ORDERED.**

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

July 19, 2005
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CV-02522 was distributed by fax, mail, or direct printing on July 21, 2005 to the parties listed.

William J. Marett
STATE ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Arthur F. Knight
BECKER FLEISHMAN BROWN & KNIGHT P.C.
P.O. Box 1710
Knoxville, TN 37901--171

Honorable J. Breen
US DISTRICT COURT