IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

SHARRON BESSENT,

    Plaintiff,

v.                                                                          No.  2:04-CV-02522
                                                                                 JURY DEMAND
DYERSBURG STATE COMMUNITY
COLLEGE, and DR. KAREN BOWYER,
Individually and in her official capacity
as President of Dyersburg State
Community College,

    Defendants.

## ORDER GRANTING PLAINTIFF ADDITIONAL TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Upon Motion filed by the Plaintiff, and for good cause shown, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff shall have up until and including July 25, 2005, in which to file a response to the Defendants' Motion for Summary Judgment.

ENTER this 21st day of July, 2005.

_____
JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CV-02522 was distributed by fax, mail, or direct printing on July 21, 2005 to the parties listed.

---

Arthur F. Knight
BECKER FLEISHMAN BROWN & KNIGHT P.C.
P.O. Box 1710
Knoxville, TN 37901--171

William J. Marett
STATE ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Honorable J. Breen
US DISTRICT COURT