# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## AT MEMPHIS

FILED BY ___ D.C.

05 JUL 21 PM 2: 48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| SHARRON BESSENT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 04-2522-BV |
| DYERSBURG STATE COMMUNITY COLLEGE, and DR. KAREN BOWYER, Individually and in her official capacity as President of Dyersburg State Community College, | ) |
| Defendants. | ) |

## ORDER

This cause having come before the Court, pursuant to LOCAL RULE 7.4, upon Defendants' MOTION FOR A CONTINUANCE OF JURY TRIAL, and the Court finding that good cause exists for granting of the same.

It is therefore **ORDERED, ADJUDGED, AND DECREED**, that the jury trial currently scheduled for September 19, 2005, is hereby continued and will be rescheduled at a later date. The Court will schedule a status conference for the parties to consult on a mutually convenient date for the resetting of this matter for a jury trial after consideration of Defendant's pending Motion for Summary Judgment, if necessary.

This the 21st day of July, 2005.

Honorable J. Daniel Breen

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 7-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CV-02522 was distributed by fax, mail, or direct printing on July 21, 2005 to the parties listed.

---

Arthur F. Knight
BECKER FLEISHMAN BROWN & KNIGHT P.C.
P.O. Box 1710
Knoxville, TN 37901--171

William J. Marett
STATE ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Honorable J. Breen
US DISTRICT COURT