IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SHARRON BESSENT,

    Plaintiff,

v.   No. 04-2522 B

DYERSBURG STATE COMMUNITY
COLLEGE,

    Defendant.

---

### ORDER TO SHOW CAUSE WHY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT SHOULD NOT BE GRANTED

---

This action was brought on July 12, 2004 by the Plaintiff, Sharron Bessent, who is represented by counsel. On June 24, 2005, the Defendant, Dyersburg State Community College, moved for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. An order was entered on July 21, 2005 by the undersigned, granting the motion of the Plaintiff for additional time to respond to the dispositive motion. The order directed that the response be filed by July 25, 2005. According to the Court's docket, no response has been filed to date. Therefore, the Plaintiff is directed, within fifteen (15) days of the entry of this order, to show cause why the Defendant's motion for summary judgment should not be granted.

IT IS SO ORDERED this 10th day of August, 2005.

    J. DANIEL BREEN
    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-10-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:04-CV-02522 was distributed by fax, mail, or direct printing on August 10, 2005 to the parties listed.

---

Arthur F. Knight
BECKER FLEISHMAN BROWN & KNIGHT P.C.
P.O. Box 1710
Knoxville, TN 37901--171

William J. Marett
STATE ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Honorable J. Breen
US DISTRICT COURT