IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SHARRON BESSENT, | ) |
| Plaintiff, | ) |
| vs. | ) No. 04-2522-BV |
| DYERSBURG STATE, et al., | ) |
| Defendants. | ) |

## SCHEDULING ORDER

This matter was referred to the United States Magistrate Judge for a scheduling conference. Pursuant to the reference, a scheduling conference was held August 25, 2005. Present were Arthur F. Knight, III, counsel for plaintiff by phone, and Ross Dyer for Bill Marrett, counsel for defendants. At the conference, it was ordered that plaintiff's response to defendants' motion for summary judgment is due two weeks after receipt of Dr. Boyer's signed deposition. All other dates remain unchanged.

OTHER RELEVANT MATTERS:

   No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

   A new pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-29-05

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_Diane K. Vescovo_
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
DATE: August 26, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CV-02522 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

William J. Marett
STATE ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Arthur F. Knight
BECKER FLEISHMAN BROWN & KNIGHT P.C.
P.O. Box 1710
Knoxville, TN 37901--171

Honorable J. Breen
US DISTRICT COURT