# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## AT MEMPHIS

SHARRON BESSENT, )
)
Plaintiff, )
)
v. )
) Case No. 04-2522-BV
DYERSBURG STATE COMMUNITY )
COLLEGE, and DR. KAREN BOWYER, )
Individually and in her official capacity )
as President of Dyersburg State )
Community College, )
)
Defendants. )
)

FILED BY ____ D.C.
05 NOV -1 AM 11: 03
THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
W/D OF TN MEMPHIS

## ORDER GRANTING LEAVE OF COURT TO FILE REPLY

Defendants having moved the Court for leave to reply to Plaintiff's MEMORANDUM OF FACTS AND LAW IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, and the Court finding that good cause exists for the granting of same, does hereby

**Grants** Defendants leave to reply, and directs the Clerk to file same.

This the 31st day of October, 2005.

_____
[signature]

Approved for Entry:
PAUL G. SUMMERS
ATTORNEY GENERAL AND REPORTER

_____
William J. Marett, Jr. [#7020]

134377

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-1-05

(47)

*Senior Counsel*, CIVIL LITIGATION AND
STATE SERVICES DIVISION
Post Office Box 20207
Nashville, Tennessee 37202-0207
Telephone: (615) 741-5031
Facsimile: (615) 741-7327
E-mail: bill.marett@state.tn.us

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the forgoing has been served by way of U.S. mail on the following:

**Mr. Arthur F. Knight, III**
Becker, Fleishman, Brown & Knight, P.C.
P.O. Box 1710
Knoxville, TN 37901-1710

This the 20th day of October, 2005.

William J. Marett, Jr.

134377

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:04-CV-02522 was distributed by fax, mail, or direct printing on November 1, 2005 to the parties listed.

---

Arthur F. Knight
BECKER FLEISHMAN BROWN & KNIGHT P.C.
P.O. Box 1710
Knoxville, TN 37901--171

William J. Marett
STATE ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Honorable J. Breen
US DISTRICT COURT