IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

FILED BY ___ D.C.

05 NOV 21  PM 12: 15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| SHARRON BESSENT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   2:04-CV-02522 |
| | ) | JURY DEMAND |
| DYERSBURG STATE COMMUNITY | ) | |
| COLLEGE, and DR. KAREN BOWYER, | ) | |
| Individually and in her official capacity | ) | |
| as President of Dyersburg State | ) | |
| Community College, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING LEAVE OF COURT TO ALLOW PLAINTIFF TO SUPPLEMENT HER RESPONSE TO MOTION FOR SUMMARY JUDGMENT

Plaintiff having moved the Court for leave to supplement her Plaintiff's Response

to Defendants' Motion for Summary Judgment, the Court finding that good cause exists for

granting the same, does hereby grant Defendant Plaintiff's Leave to Supplement Her

Response to Motion for Summary Judgment and directs the Clerk to file the same.

This is the 21st day of _____ November _____, 2005.

_____
JUDGE

APPROVED FOR ENTRY:

_____
Arthur F. Knight, III, BPR #016178
BECKER, FLEISHMAN & KNIGHT, P.C.
P.O. Box 1710
Knoxville, TN 37901-1710
(865) 522-5057
*Attorney for Plaintiff*

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-21-05

56

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 56 in case 2:04-CV-02522 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Arthur F. Knight
BECKER FLEISHMAN BROWN & KNIGHT P.C.
P.O. Box 1710
Knoxville, TN 37901--171

William J. Marett
STATE ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Honorable J. Breen
US DISTRICT COURT