IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

| | |
|---|---|
| SHARRON BESSENT, | ) |
|     Plaintiff, | ) |
| v. | )    Case No. 04-2522-BV |
| DYERSBURG STATE COMMUNITY COLLEGE, and DR. KAREN BOWYER, Individually and in her official capacity as President of Dyersburg State Community College, | ) |
|     Defendants. | ) |

## ORDER

This cause having come before the Court, pursuant to LOCAL RULE 7.4, upon Defendants' MOTION FOR A CONTINUANCE OF JURY TRIAL, and the Court finding that good cause exists for granting of the same.

It is therefore **ORDERED, ADJUDGED, AND DECREED**, that the jury trial currently scheduled for March 20, 2006 is hereby continued and will be rescheduled at a later date. The Court will schedule a status conference for the parties to consult on a mutually convenient date for the resetting of this matter for a jury trial after consideration of Defendant's pending Motion for Summary Judgment, if necessary.

This the 23rd day of November, 2005.

_____
Honorable J. Daniel Breen

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 11-28-05



**Approved for Entry:**
**PAUL G. SUMMERS**
ATTORNEY GENERAL AND REPORTER

*(signature)*

WILLIAM J. MARETT, JR.
*Senior Counsel,* CIVIL LITIGATION AND
STATE SERVICES DIVISION
P.O. Box 20207
Nashville, TN 37202-0207
(615) 741-7087 Fax 741-7327
E-mail: bill.marett@state.tn.us
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing has been sent, *via* U.S. Mail, first class postage prepaid, to:

> Arthur F. Knight, III
> *Attorney at Law*
> BECKER, FLEISHMAN, BROWN & KNIGHT, P.C.
> P.O. Box 1710
> Knoxville, TN 37901-1710

this the 22nd day of November, 2005.

*(signature)*
William J. Marett, Jr.

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 61 in case 2:04-CV-02522 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

Arthur F. Knight
BECKER FLEISHMAN BROWN & KNIGHT P.C.
P.O. Box 1710
Knoxville, TN 37901--171

William J. Marett
STATE ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Honorable J. Breen
US DISTRICT COURT