IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SHARRON BESSENT, )
)
    Plaintiff, )
)
v. )
) Case No. 04-2522-BV
DYERSBURG STATE COMMUNITY )
COLLEGE, and DR. KAREN BOWYER, )
Individually and in her official )
capacity )
as President of Dyersburg State )
Community College, )
)
    Defendants. )

ORDER ON PLAINTIFF'S ALTERNATIVE MOTION
TO TAKE DEPOSITION OF PHILLIP BIVENS

Before the court is the plaintiff's alternative motion to take the deposition of Phillip Bivens, filed November 7, 2005. A telephone status conference was held on November 30, 2005. Participating in the conference were Arthur F. Knight, III, attorney for the plaintiff, and William J. Marett, Jr., attorney for the defendants. At the conference, the plaintiff's attorney announced that the motion was moot. Accordingly, the motion is denied as moot.

IT IS SO ORDERED this 30th day of November, 2005.

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-1-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 62 in case 2:04-CV-02522 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

William J. Marett
STATE ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Arthur F. Knight
BECKER FLEISHMAN BROWN & KNIGHT P.C.
P.O. Box 1710
Knoxville, TN 37901--171

Honorable J. Breen
US DISTRICT COURT