UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

FILED BY _____ D.C.

05 DEC -1 AM 11: 49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
WD OF TN, MEMPHIS

*Thomas M. Gould, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

*Deputy-in-Charge*
*U.S. Courthouse, Room 262*
*111 South Highland Avenue*
*Jackson, Tennessee  38301*
*(731) 421-9200*

## NOTICE VACATING SETTING
### Before Judge J. Daniel Breen, United States District Judge

December 1, 2005

RE:   2:04cv2522-B
*Sharon Bessent v. Dyersburg State, et al.*

Dear Sir/Madam:

The dates previously set for Trial, Pretrial Conference and the deadline for Proposed Joint Pretrial Order, Motions in Limine and Proposed Jury Instructions are vacated pending the Court's ruling on the pending motion for summary judgment.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
THOMAS M. GOULD, CLERK

BY: *Elchlepp*
Taffy Elchlepp
Case Manager to Judge J. Daniel Breen
901-495-1238

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 63 in case 2:04-CV-02522 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

William J. Marett
STATE ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Arthur F. Knight
BECKER FLEISHMAN BROWN & KNIGHT P.C.
P.O. Box 1710
Knoxville, TN 37901--171

Honorable J. Breen
US DISTRICT COURT